In the Matter of Loreto Tarantelli et al., Respondents, against City of Corning et al., Appellants.

(Argued September 28, 1936; decided November 17, 1936.)

*Halsey Sayles* and *Clarence H. Brisco* for appellants.
*Guernsey B. Hubbard* for respondents.

Order affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.